# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2012

Robert P. Young, Jr.,
Chief Justice

143117 & (13)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID ORIN SAYLOR,
        Defendant-Appellant.

SC: 143117
COA: 302633
Saginaw CC: 08-030880-FC

_____/

      By order of November 2, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the March 30, 2011 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

_____
Clerk

p0321